<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

District of Delaware

Case number *(if known)*: _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| 1. | **Debtor's name** | Mundo Media Ltd. |
|---|---|---|

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __

☑ Other  846288108RC0002  . Describe identifier  Ontario Business Number  .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**

Ernst & Young Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Receivership of Mundo Media Ltd, et al., CV-19-00617777-00CL, in the Ontario Superior Court of Justice, Commercial List

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding

☐ Foreign nonmain proceeding

☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Mundo Media Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)  all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

120 East Beaver Creek Road Suite 200
Number            Street

P.O. Box

Richmond Hill                ON    L4B 4V1
City            State/Province/Region    ZIP/Postal Code

Canada
Country

Individual debtor's habitual residence:

Number        Street

P.O. Box

City        State/Province/Region    ZIP/Postal Code

Country

Address of foreign representative(s):

100 Adelaide Street West
Number            Street

P.O. Box

Toronto                ON    M5H 0B3
City            State/Province/Region    ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**

https://www.mundo.net/

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other.  Specify: _____

☐ Individual

Debtor    Mundo Media Ltd.                                    Case number (if known)
          Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____          Stuart Clinton
   Signature of foreign representative        Printed name
                                              Senior Vice President
                                              Ernst & Young Inc.
   Executed on _____           Solely its capacity as Receiver, Manager and
                  MM / DD / YYYY              Foreign Representative, and not in its personal or
                                              corporate capacity

✗ per _____        _____
   Signature of foreign representative        Printed name

   Executed on  June 18, 2019
                  MM / DD / YYYY

**14. Signature of attorney**

✗ _____          Date  6/18/19
   Signature of Attorney for foreign representative      MM / DD / YYYY

   Derek C. Abbott
   Printed name
   Morris, Nichols, Arsht & Tunnell LLP
   Firm name
   1201 N. Market Street, 16th Floor
   Number        Street
   Wilmington                                DE        19801
   City                                      State     ZIP Code

   (302) 658-9200                            dabbott@mnat.com
   Contact phone                             Email address

   3376                                      DE
   Bar number                                State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Mundo Media Ltd., *et al.*, | Case No. 19-_____ (   ) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

**CONSOLIDATED VERIFIED LIST**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(4), 1008, AND 2002(q)**

Pursuant to Rules 1007(a)(4), 1008, and 2002(q), the attached list contains the names and addresses of the following:

    (i)    all persons or bodies authorized to administer foreign proceedings of the Debtors;

    (ii)    all parties to litigation pending in the United States in which any Debtor is a party at the time of filing of the petition, and

    (iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

The attached list also contains the names and addresses of all known creditors and contract-counterparties of the Debtors in the United States.

---

[1]    The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Mundo Media Ltd. (Business No. 846288108RC0002); 2538853 Ontario Ltd. (Business No. 749181723); M Zone Marketing Inc. (6400) (FEIN); and AppThis Holdings, Inc. (2325) (FEIN).  The Debtors' mailing address is 120 East Beaver Creek Road, Richmond Hill, Ontario, Canada L4B 4V1.  The Receiver and Foreign Representative is Ernst & Young Inc., 100 Adelaide Street West, Toronto, Ontario, Canada M4H 0B3.

I declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct.

Ernst & Young Inc.
Solely in its capacity as court-appointed Receiver, Manager and Foreign Representative, and not in its personal or corporate capacity

Dated: June 18, 2019
     Toronto, Ontario

per: _____
Stuart Clinton
Senior Vice President

**<u>List of entities entitled to notice pursuant to Bankruptcy Rules 1007(a)(4) and 2002(q)</u>**

**All persons or bodies authorized to administer foreign proceedings of the Debtors.**

Receiver:

Ernst & Young Inc.
100 Adelaide Street West
Toronto, Ontario M5H 0B3
Canada

**All parties to litigation pending in the United States in which either Debtor is a party at the time of filing of the petition.**

None.

**All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.**

None.

**All known creditors and contract-counterparties of the Debtors in the United States.**

MGCash Media Ltd
1 Mapp Street, 3rd Floor
City Belize, Belize

Mappstreet
Neternality Ltd, #1 Mapp Street
2 Sofoulli Street
Chanteclair House 8th Fl
PO Box 21814
Belize

Wafra Media
Geneva Place
Waterfront Drive
PO Box 3469
Road Town, Tortola,
British Virgin Islands

Clearvelvet Trading Ltd. (Spartacs)
Trident Chambers
PO Box 146
Road Town, Tortola,
British Virgin Islands

Grandmobi - Superlink
49 Captain Petko Voyvoda Str.
Bulgaria, Varna 9000

Libertap Ltd.
Buzludzha str 19
Floor 2
Bulgaria, Varna 9000

Adxmi - POF
17F, Youmi Technology Building
No.26 Qinglan Street HEMC
Panyu District, China

Appcoach - POF - Premium
Rm 20A Kiu Fu Comm Bldg 300
Lockhart Rd., China

Adview POF
Rm A 20 F Seabright Plaza 9-23
Shell Street North Point
Hong Kong, China

HK Smarter Mobi
Technology Co., Limited
Room 1501(652), 15/F
Spa Centre, 53-55 Lockhart Rd
WAN CHAI, HK, China

Hong Kong Zhiqu
Interconnected Technology
Beijing, China

IonTap Limited
79 Spyrou Kyprianou Protopapas Bldg
2nd Fl. Off. 310
3076 Limassol, Cyprus

Epom Ltd
Nancy Whiticker House
7 Old Street
Roseau, Commonwealth of Dominica 00109

Upah (Mobinner OÜ)
Sepapaja tn 6
Tallinn 15551, Estonia

AdXperience
267 boulevard Pereire
75017 France

Gamespipe
Böckmannstraße 15
20099 Hamburg, Germany

Mobiletraffic.de - Redirect Traffic
Josef-Orlopp-Straße 55
10365 Berlin, Germany

Weever Media
Tieckstrasse 37
10115 Berlin, Germany

ADHAZE
Suite 925a, Block 8/9
Europort, Gibraltar GX11 1AA

Katamedia INC
Room 2901-CT2
Van Khe, Hanoi
Vietnam

Hitcell - Redirect Traffic
63 Hoi Yuen Road, Kwun Tong
Fook Cheong Building
Room 611
Kowloon, Hong Kong

IWOOP Limited
New Tech Plaza
34 Tai Yau Street, San Po Kong
Room 2303
Kowloon, Hong Kong

Boiling Point (Hong Kong)
Information Technology
Rm 1802B-A1, Fortress Tower
250 King's Road, North Point
Kowloon, Hong Kong

CrowMobi
Room 2303, New Tech Plaza
34 Tai Yau Street
Kowloon, Hong Kong

Turbo B Mobi
Room 2303, New Tech Plaza
34 Tai Yau Street
Kowloon, Hong Kong

Mobrider
Room 2303, New Tech Plaza
34 Tai Yau Street, San Po Kong
Kowloon, Hong Kong

JungleTap
Suite 1404 Tung Wai Commercial Bldg
109-111 Gloucester Rd
Wan Chai, Hong Kong

SpartaMobile LLC
Suite 1404 Tung Wai Commercial Bldg
109-111 Gloucester Rd
Wan Chai, Hong Kong

Doberman Media
Suite 1404 Tung Wai Commercial Bldg
109-111 Gloucester Rd
Wan Chai, Hong Kong

Click2Install - API
337, 3rd Floor, JMD Megapolis
Sector - 48
Gurugram, Haryana 122018
India

Click 2 Commission
Redirect Traffic (ZM)
B 33 7C
Molarband Extn., 110040
India

CollectCent
Business Cntr, Al Shmookh Bldg
UAQ Free Trade Zone
UMM Al Quwain
India

AdCounty - Superlink
S.N. Tower, D-41
Shanti Path, Jawahar Nagar
Bangalore, 302004
India

Mars Technologies Ltd.
2 Maskit Street
Building D, 4th Floor
PO Box 4178
Hertzeliya Pituah Business Park,
Israel

WhiteSmoke (GMS Digital) (Omnivid)
20 Raoul Wallenberg Street
Tel Aviv, 6971916
Israel

Polygon Media Ltd.
28 Ehad Haam Street
Tel Aviv-Jaffa, 6514107
Israel

Luminati
3 Hamahshev Street
Beit Ariel-Ground floor
Netanya, 4250713
Israel

Vidstart LTD
3 Rothschild Blvd
Tel-Aviv Yafo, 6688106
Israel

display.io
3 Ahuzat Bayit
Tel Aviv-Jaffa, 6514302
Israel

U.M. Unimedia Ltd (Amonetize)
4 Bezalel Street
Ramat Gan, 5252104
Israel

Fyber Monetization LTD
4 Hapsagot Street
PO Box 3102
Petah Tikva, 4951447
Israel

Go With Media (Tha Big M)
45 Sderot Rothschild
Tel Aviv, 6578403
Israel

Ad-Topia
5 Kineret St., 21st Floor, Box 81
Bnei Brak, 5126237
Israel

Maple Team Ltd
5 Kineret St., 21st Floor, Box 81
Bnei Brak, 5126237
Israel

Matomy Media Group (MobFox)
6 Hanechoshet Street
Tel Aviv, 6971070
Israel

Advand Media
7 Rival Street
Tel Aviv,
Israel

Web3 LTD
B.S.R. 3 Bilding
5 Kinert, 21st Floor
Bnei Brak, 5126237
Israel

Glispa
BS Building
24 Saadia Gaon Street
Israel

KPM Technologies
Derech Menachem Begin 121
Tel Aviv, 6701203
Israel

App Next LTD
Derech Sheshet HaYamim 30
Bnei Brak, 64739
Israel

Oxillon Ltd
Toyota Building 65 Yigal Alon St
Tel Aviv
Israel

Misky Ads
Indranu iela 14 - 1
Riga, LV-1012
Latvia

Media Pro Services
5-11, avenue Gaston Diderich
L-1420 Luxembourg

AdInAll Superlink
BC Unit,10th Floor
Sunshine Tech Plaza
1088 Wuding Rd
Amsterdam,
Netherlands

AdGoji (MillMobile BV)
Oostenburgergracht 17D
Amsterdam, 1018NA
Netherlands

Pocket Media
WG-Plein 303
Amsterdam, 1054 SG
Netherlands

Mobchain
50th Street, Global Plaza Tower
19th Floor, Suite H
Panama City,
Republic of Panama

eGentic
1 Maritime Square
#11-19 Harbourfront Centre
Singapore, 099253

Xapads Media Pte. Ltd.
11 North Bridge Road
08-18 Peninsula Plaza
Singapore, 179098

Adstart Media Pte. Ltd.
2 Leng Kee Road
#04-09 Thye Hong
Singapore, 159086

Wewe Media Group Pte Ltd
82 Ubi Avenue 4
#06-04 Edward Boustead Centre
Singapore, 408832

Add Value Media S.L.
Calle Princesa 2 Planta 7 Oficina 6
28008 Madrid, Spain

Mobobeat (Millionaire Network, S.L.U.)
PSJE Fundación, No 15
Planta 3, PTA. 7
28028 Madrid, Spain

MobiVisits (Unprecedented Media Ltd)
GF, Gold & Diamond Jewelry Park
Dubai,
UAE

Platform Nine Ltd
44 North Road
Floor 5 & 6, Tower Point
Brighton, BN1 1YR
United Kingdom

In Alignment Ltd
Kent Enterprise House
1 The Links
Herne Bay, CT6 7GQ
United Kingdom

UpRaiser - SuperLink
Suite 1, 5 Percy Street
Fitzrovia, W1T 1DG
United Kingdom

BravAds
Juncal 1437 - Office 202
Montevideo, 11100
Uruguay

GreenApp - API
Ngoc Lac
Thanh Hoa, 440000
Viet Nam

Offers Advert Goal
2102 Rice City, Hoang Mai
Hanoi, 100000
Viet Nam

LeSha Media LTD
Tzahal 47/6
alex@le-sha.com

mSales Ltd.
48, Stella Maris Street
Silema, SLM1765
Malta
monetization@msales.com

Slavia Mobile Limited
Tung Wai Commercial Bldg 109-111
Suite 1404
Gloucester Road
Wan Chai, Hong Kong
alina@slaviamobile.com

PubNative - API
Greifswalder Str. 212
10405 Berlin, Germany
Andras.konfar@pubnative.net

PulsarAds Superlink
Pobrezni 394/12
Karlin, Praha 8
Prague, 18600
CZ
andrew@pulsarads.com

DigGoods
Unit 806 8/F, Tower II
Cheung Sha Wan Plaza
833 Cheung Sha Wan Rd
Kowloon, HK 999077
China
andylee@diggoods.com

MobHammer
79 Spyrou Kyprianou Avenue
Protopapas Bldg
2nd Fl, Office 201
3076 Limassol, Cyprus
a.chugueva@mobhammer.com

Elementr
27 Kaiser-Wilhelm-Ring
50672 Berlin, Germany
Chiara.garelli@elementr.media

MobVault Limited
Room 2908, New Tech Plaza
34 Tai Yau Street
Kowloon, HK
d.roxhko@mobvault.com

Torpedo Marketing LTD
106 Premium Building
Mahe
david@torpedomedia.net

APP247 (izApps)
123 Linh Duong
Hoang Mai,
Vietnam
dvtvnn@gmail.com

Binary Media
ul. Buzludza 19 et.2
Varna, 9000
dmitry@grandmobi.com

IKMY Co. Limited
Flat/Rm A 20/F Kiu Fu Comm
Bldg 300 Lockhart Road
Wan Chai, Hong Kong
China
Fred.qin@dotinapp.com

Gasmobi
C/Nuñez de Balboa 120
28006 Madrid, Spain
f.zwanck@gasmobi.com

Mobifar - BOF
Unit 7, 10/F, Block 1
33 Canton Road, TS
Hong Kong, 999077
China
funny@mobifar.com

Lambadapp - BOF
David Saharov 3
Rishon Lezion, 7570703
Israel
gal@lambadapp.com

TargetMedia Appwall
Itzhak Rager 9
Beer Sheva, 8489506
Israel
gil@targetmedia-ads.com

Affinlynx
nr 194 lok. 2 miejsc.
Wroclaw kod 50-302
Poland
hanna@affilynx.com

Leaddaway (Techido Ltd)
Yehuda Halevi 90
Tel Aviv
Israel
Ido.l@leaddaway.com

Spicy Digital - Superlink
Uruguay 469, 8vo B.
Juan Diaz de Solis 1860 5to 501
Ciudad Autonoma de Buenos Aires,
Buenos Aires 1015
juan@spicydigital.net

CPITraffic.com
Room 2303, New Tech Plaza
Tai Yau Street
San Po Kong, Kowloon
China
julia@cpitraffic.com

Appaniac
Room 2303, New Tech Plaza
34 Tai Yau Street
San Po Kong, Kowloon
Hong Kong
kate@appaniac.com

Gap Mobi
Hoang Mai, Ha Noi
Vietnam
info@gapmobi.com

Seko Media (Mobbty)
kemhaanlaan 22
Noord-Holland 1761XG
Netherlands
koen@sekomedia.com

minimob
340 Kifissias Ave
Neo Psychiko
Athens, 154 51
Greece
k.grapsas@internetq.com

8LIONS
Unit A, 10/F, Lokville Commercial
Bldg 25-27 Lock Road,
Tsim Sha Tsui
Kowloon, Hong Kong
k.kuleshova@8lions.agency

Billy Mob (Julius Lads S.L.)
Amigo 11 6ª planta
8021 Barcelona, Spain
lionel@billymob.com

Mobile4u
28/132 Dai Linh
Trung Van
Nam Tu Liem
Hanoi, 100000
Vietnam
Bruce.tran276@gmail.com

graylock media BV
Buitenrustpad 11 hs
1097 MX
Amsterdam, 1097
Netherlands
advertiser@graylock.media

Mobrand - API (EG)
Avenida Eng. Duarte
Pacheco Amoreiras
Torre 2 - 17D Libson, Spain
networks@mobrand.com

CallWith.Me
Calle de la Laguna del Marquesado
Marquesado
11870 Madrid, Spain
Luka.hajdin@callwith.me

Mobfolio
Ben Ezra 5
mark@mobfolio.com

Ads Targets- BOF
Ukmerges str. 22
49315
Lithuania
Mranhminh115@gmail.com

9

Lambda - BOF
Unit 04, 7/F, Bright Way Tower
No. 33 Mong Kok Rd
Kowloon, Hong Kong
China
miya@appslambda.com

Royal Mobile - BOF
KV9 Dong Da
Quy Nhon, Binh Dinh 590000
Nguyendinhtran.royal.1996@hotmail.com

LineAds - BOF
Nam Giang Nam Dan
NgheAn,
Vietnam
Nguyenhoangdanh.lineads@gmail.com

Rulead LP
Suite 5076
15 Bell Street
St. Andrews Fife, KY16 9UR
Scotland
olha@rulead.com

Giftsend Media
30 Tran Duong
Quy Nhon
Binh Dinh  590000
Vietnam
admin@giftsendmedia.com

Adstacks
Plot 427, 1st Floor
Udyog
Gurgaon, Haryana
India
ritesh@adstacks.in

RedClickStar Ventures
702 Seventh Fl in Block- 19
"Pure Magic"
Bangalore, 560103
India
rohan@redclickstarventures.com

Dofun (Langworth Holdings Limited)
10/F, HongKong Offshore Ctr No. 28
Austin Avenue
Tsim Sha Tsu
Wan Chai, Hong Kong
China
joey@dofunapps.com

Tyroo ONE API (SVG Media)
Plot 7C, Sector 18
Maruti Industrial Area
HUDA
Gurgaon, Haryana 122015
India
Sameer.j@tyroo.com

Brus Media
Suite 6/36 Agnes St
Fortitude Valley, Queensland 4006
Australia
shon@brusmedia.com

FuriousAds Limited
Suites 41/42, Victoria House
26 Main Street
Gibraltar, GX11 1AA
Simon.al-masud@furiousads.com

Markopros Media LLP
B 33 7C, Molarband Extn
Badapur
New Delhi, 110040
India
mobile@click2commission.com

10

AdCanopus Digital Media Pvt. Ltd.
#555, Axis Pedegal, 1st Fl
JP Nagar 3rd Phase
9th Cross
Bangalore, 560078
India
sumit@adcanopus.com

MobiSummer
Rm 20A, Kiu Fu Commercial Bldg
300 Lockhart Road
Wan Chai, Hong Kong
China
susie@mobisummer.com

Traffic Company 2019
Ceresweg 38
8938 BG
Leeuwarden, 8938
NL
tjeerd@trafficcompany.com

SeekApp
447 Ho Hoc Lam Binh Tan
Ho Chi Minh, 700000
Vietnam
affiliates@seekapp.net

Mintegrated Limited
34 Tai Yau Street
San Po Kong, Kowloon
China
v.zhyliak@mintegrated.com

OctoLead
ul. Jednosci Narodowej 194/2
Wroclaw, 50-302
PL
alina@octolead.com

Chicken Ads
Unit 13, 18th Fl, Tower B, Southmark
11 Yip Hing Street
Wong Chuk Hang
Hong Kong,
China
zhangxiao@chickenads.com

Pretio Interactive (v)
1124 Vancouver Street
Victoria, BC V8V 3W2
Canada

ClearPier Inc.
121 Richmond St W
Suite #1300
Toronto, ON M5H 2K1
Canada

Adcommunal - Super Link
12285 Yonge Street
Richmond Hill, ON L4E 5C4
Canada

Advinteo Inc.
130 King Street West
Toronto, ON M5X 1E3
Canada

AddictiveAds Inc.
15225 104 Ave
Surrey, BC V3R 6Y8
Canada

BluMobia - POF
2545 Rue de Lorimier
Longueuil, QC J4K 3P7
Canada

CPA Jam (Itera Trade LP)
77 McClintock Cres
Thornhill, ON L4J 2S8
Canada

BlamMob Limited
13/1 Line Wall Road
Gibraltar, GX11 1AA
a.bykov@blam.mobi

Clickky - API
Metallistov st.20
Business Center «Veda»
Kiev, 3058
Ukraine
er@clickky.me

Bidsopt Pte. Ltd.
1 Raffles Place
#41-01 One Raffles Place
Singapore, 048616
rajesh@bidsopt.com

Spiroox Media S.L.
Paseo de la Castellana 143
28046 Madrid, Spain
Teresa.sacristan@spiroox.com

InMobi Pte Ltd
30 Cecil Street
Singapore, 049712
Ascend Video (v)
PO Box 166
Deefield Beach, FL 33441
Vibhor.singhal@inmobi.com

Amazon Web Services
PO Box 84023
Seattle, WA 98124-8423

LAZ Parking
PO Box 912998
Denver, CO 80291-2998

Admediary
1000 Woodbury Rd
Woodbury, NY 11797

Impression Digital Media
1001 Texas Avenue
Houston, TX 77002

Plexus Studios Inc.
10401 Venice Blvd
Suite 296
Los Angeles, CA 90034

AdsMain - Super Link
1072 Bedford Ave, PMB107
New York, NY 11216

ReGaming LLC
1077 E. Sahara Ave
Las Vegas, NV 89104

Media 122
120 Newport Center Drive
Suite 226
Newport Beach, CA 92660

Vertoz, Inc.
132 West 31st St, 15th Floor
New York, NY 10001-3437

Pub Ventures Media
149 E 23rd St #1827
New York, NY 10010

Media Breakaway (redirect.com)
1490 W. 121st Ave
Suite 201
Denver, CO 80234

Digital Envoy
155 Technology Parkway
Suite 800
Peachtree Corners, GA 30092

VidMoolah
16035 NE 117th Way
Redmond, WA 98052

VideoMize LLC
17337 Ventura Blvd #108
Encino, CA 91316

Mack Life Media (v)
18865 State Road 54
Lutz, FL 33558

FreshCPA, LLC
18922 Autumn Lake Blvd.
Bayonet Point, FL 34667

Bidswitch
19 West 24th Street
New York, NY 10010

YouAppi INC
2 Embarcadero Center
Suite 2310
San Francisco, CA 94111-3919

Adperio
2000 S. Colorado Blvd - Tower 1
Suite 7000
Denver, CO 80222

Advolution
2301 Chapel Plaza Ct #2
Columbia, MO 65203

Blue Rooster Media, Inc.
2355 Westwood Blvd. #631
Los Angeles, CA 90064

AdGate Media LLC
241 W 37 St., Suite 1207
New York, NY 10018

uInterview, Inc.
27 West 20th Street
Suite 602
New York, NY 10011

LKQD
27422 Portola Parkway
Suite 350
Foothill Ranch, CA 92610

App Samurai Inc.
28 2nd Street, 3rd Floor #3216
San Francisco, CA 94105

Industry
3001 Brighton Blvd.
Denver, CO 80216

BitTorrent, Inc.
303 2nd St., Ste S200
San Francisco, CA 94107

RTBstar LLC
304 S. Jones Blvd #552
Las Vegas, NV 89107

Blue Track Media
3824 Cedar Springs Rd #801-1448
Dallas, TX 75219

Blue Fox - API
411 Main Street Chico
Chico, CA 95928

Thryve Media, LLC
50 Colburn Road
Wellesey Hills, MA 02481

Green & Ever Growing
6540 S Locust Way
Englewood, CO 80111

AppAve - API
664 Peachy Canyon Circle #203
Las Vegas, NV 89144

Bucksense
711 S Carson St., Suite 4
Carson City, NV 89701

13

Beachside Media Network
7115 Geary Blvd #1
San Francisco, CA  94121

CPA Lead
7251 W Lake Mead Blvd.
Suite 300
Las Vegas, NV 89128

AirPush Inc.
7900 E. Union Ave
Suite 1100
Denver, CO 80237

MotorMobile
8550 West Charleston Blvd
Suite 102-218
Las Vegas, NV 89117

BoldScreen Media (v)
86 Long Court, Suite B
Thousand Oaks, CA 91360

engageBDR
9000 Sunset Blvd, 5th Floor
West Hollywood, CA 90069

Adsfast LLC
9030 West Sahara, Suite 669
Las Vegas, NV 89117

Mobiprofit
9811 W Charleston Blvd
Suite 2-538
Las Vegas, NV 89117

LeadID
aleyce@leadid.net

KPMBRO – POF
Lee.g@kpmbro.com

TimeBucks
anthony@lkinternational.net

Integrado (Carrier App Traffic)
1312 17th Street #159
Denver, CO 80202
blake@carrierapptraffic.com

Redirect.com
1490 W. 121st Ave.
Suite 201
Westminster, CO 80234
brian@redirect.com

MOBYoung
Cody.wang@mobyoung.com

Tapgerine LLC
664 Peachy Canyon
Circle #203
Las Vegas, NV 89144
dmitry@tapgerine.com

SmarterChaos - SC Redirect (MI)
doug@smarterchaos.com

Traffic Jam Media redirect traffic
100 N. Brand Blvd. #405
Glendale, CA  91203
eric@trafficjammedia.com

Doble Via Latam (v)
Sound S.A. Adrian
Jara Casi Tomas Rufinelli
fiorella@doblevialatam.com

AtaviMedia
Hiromihasegaw.a.apps@outlook.com

Axon Media Group, LLC
1099 18th Streeet
Suite 3050
Denver, CO 80202
jaz@axonmediagroup.com

JoyDream Technology Co., Limited
lixiaoqing@joydream.cn

14

AppClients
717 Market Street, #406
Lemoyne, PA 17043
jdavis@appclients.com

StartApp
584 Broadway, Suite 1206
New York, NY 10012
julia@startapp.com

50Mango
541 Jefferson Ave., Suite 100
Redwood City, CA 94063
sales@50mango.com

AppTap, Inc.
5301 Blue Lagoon Drive, Suite 180
Miami, FL 33126
Sales-ops@apptap.com

Best CPI – BOF
Bestcpi.ltd@outlook.com

Viking Media – POF
luisa@vikingmedia.mobi

Life IOS – BOF
Marylewis8715@gmail.com

Krispo Media BOF
mohit@krispomedia.com

TopAsiaOffer – BOF
Doan.topasiaoffers@outlook.com

SboxMedia – SL
Ceciliawang0394@outlook.com

TeamCPAlead – SL
Nguyenkien0390@hotmail.com

TopApp51 – POF
Nguyenvanthang.topapp51@hotmail.com

Cooins Mobile
Suite 2405, Progress Commercial Bldg
Causeway Bay
9 Irving Street
Hong Kong
olga@cooins.mobi

Revenue Raceway, Inc (Afftrack)
712 H Street NE
Suite 1139
Washington, DC 20002
pcaramanica@thwayholdings.com

Appult - BOF
rimata@appult.com

AppsMobile
753 Edgewood Ave NE,
Atlanta, GA  30307
Robertreyes7492@gmail.com

AdValue - Super Link
ron@adadvalue.com

Smarter Wireless Communication
janine.bian@smarter-wireless.net

Offerseven LLC
1930 Village Center Circle #3-205
Las Vegas, NV  89134
svetlana@offerseven.com

NA ST Team - Super Link
jinrakal@gmail.com

Adferns
8, The Green
Suite A
Dover, DE 19901
Tanya.paul@adferns.com

15

Aptitude Media, Inc.
2407 S. Congress Ave
Suite E #135
Austin, TX 78704
info@aptitude-media.com

OGMobi LLC
222 W. Merchandise Mart Plaza
Suite 1212
Chicago, IL 60654
tom@ogmobi.com

AffiCPI - BOF
Naples, FL 34101
trieuvanmanh@afficpi.outlook.com

FusionCash
10122 Halawa Dr.
Huntington Beach, CA 92646
tyler@fushioncash.com

Caffe Media
228-238 Queen's Rd Centra
#19-08, Prudential Tower
valery@caffemedia.com

Cheetah – POF
wadebrogdon@cmcm.com

Huvle.inc
mchama@huvle.com

Silicon Valley Bank
Attn: Leeann Overstreet
2400 Hanover Street
Palo Alto, CA 94304
loverstr@svb.com

STACK Media Inc.
Attn: Nick Palazzo
1228 Euclid Avenue, Suite 1000
Cleveland, Ohio 44115
Nick.palazzo@stack.com

Vital One Health Plans Direct, LLC
16250 NW 59 Ave., Suite 208
Miami Lakes, FL 33014

Social Concepts
10 California Street
Redwood City, CA 94063

Medley
910 E. Hamilton Ave., Suite 600
Canpbell, CA 95008

Blizzard Entertainment Inc.
1 Blizzard Way
Irvine, CA 92618

Digital Thrive
3005 S. Lamar Blvd, D109 #128
Austin, TX 78704

W4 LLC
2644 30th St., Suite 100
Santa Monica, CA 90405

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 15 |
| Mundo Media Ltd., *et al.*, | Case No. 19-_____ (    ) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

## CORPORATE OWNERSHIP STATEMENT

The following corporate ownership statement is made pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

- With the exception of AppThis Holdings, Inc., the Debtors are directly or indirectly wholly owned by Mundo Inc.

- The following corporate entities own 10% or more of a class of Mundo Inc.'s equity interests:

  o 2441519 Ontario Inc. (Common Shares);

  o 2441518 Ontario Inc. (Common Shares);

  o 2441516 Ontario Inc. (Common Shares);

  o Mansfield International Trade Ltd. (Class B Shares); and

  o Four Kids Investment Fund LLC (Class B Shares).

- The following corporate entities own 10% or more of AppThis Holdings, Inc.'s equity interests:

  o 11281828 Canada Inc.

---

[1] The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Mundo Media Ltd. (Business No. 846288108RC0002); 2538853 Ontario Ltd. (Business No. 749181723); M Zone Marketing Inc. (6400) (FEIN); and AppThis Holdings, Inc. (2325) (FEIN). The Debtors' mailing address is 120 East Beaver Creek Road, Richmond Hill, Ontario, Canada L4B 4V1. The Receiver and Foreign Representative is Ernst & Young Inc., 100 Adelaide Street West, Toronto, Ontario, Canada M4H 0B3.

o    2683661 Ontario Inc.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

> Ernst & Young Inc.
> Solely in its capacity as court-appointed Receiver,
> Manager and Foreign Representative, and not in its
> personal or corporate capacity

Dated: June 18, 2019
      Toronto, Ontario

per: _____

Stuart Clinton
Senior Vice President

2

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPERIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE                JOUR DE

REGISTRAR          Registrar, Superior Court of Justice          GREFFIER

Court File No.: CV-19-00617777-00CL

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

THE HONOURABLE MR.          )          TUESDAY, THE 9th

JUSTICE PATTILLO          )

          )          DAY OF APRIL, 2019

IN THE MATTER OF Section 101 of the *Courts of Justice Act*, R.S.O. 1990 c.C.43,
as amended, and in the matter of Section 243(1) of the *Bankruptcy and Insolvency Act*,
R.S.C. 1985, c. B-3, as amended

B E T W E E N :

**ROYAL BANK OF CANADA**

Applicant

- and -

**MUNDO MEDIA LTD., MUNDO INC., 2538853 ONTARIO LTD., 2518769 ONTARIO
LTD., 2307521 ONTARIO INC., 36 LABS, LLC., ACTIVE SIGNAL MARKETING, LLC,
FIND CLICK ENGAGE, LLC, FLI DIGITAL, INC., MUNDO MEDIA (US), LLC,
M ZONE MARKETING INC., APPTHIS HOLDINGS, INC., MOVIL WAVE S.A.R.L.,
MUNDO MEDIA (LUXEMBOURG) S.A.R.L., and MOGENIO S.A.**

Respondents

**ORDER**
**(appointing Receiver)**

THIS APPLICATION made by Royal Bank of Canada (the "**Applicant**" or the "**Bank**")
for an Order pursuant to section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-
3, as amended (the "**BIA**") and section 101 of the *Courts of Justice Act*, R.S.O. 1990, c. C.43, as
amended (the "**CJA**") appointing Ernst & Young Inc. as receiver and manager (in such
capacities, the "**Receiver**") without security, of all of the assets, undertakings and properties of

- 2 -

Mundo Media Ltd., Mundo Inc., 2538853 Ontario Ltd., 2518769 Ontario Ltd., 2307521 Ontario Inc., 36 Labs, LLC., Active Signal Marketing, LLC, Find Click Engage, LLC, Fli Digital, Inc., Mundo Media (US), LLC, M Zone Marketing Inc., AppThis Holdings, Inc., Movil Wave S.a.r.l., Mundo Media (Luxembourg) S.a.r.l., and Mogenio S.A. (collectively, the "**Debtors**") acquired for, or used in relation to a business carried on by the Debtors, being adjourned on consent from the original application date of April 8, 2019, was heard this day at 330 University Avenue, Toronto, Ontario.

ON READING the affidavit of Gary Ivany sworn April 8, 2019 and the Exhibits thereto, on reading the Pre-Filing Report of the Proposed Receiver (the "**Pre-Filing Report**"), and on hearing the submissions of counsel for the Applicant, the Receiver, and the Respondents, no one else appearing or served, and on reading the Consent of Ernst & Young Inc. to act as the Receiver,

**SERVICE**

1.    THIS COURT ORDERS that the time for service of the Notice of Application and the Application is hereby abridged and validated so that this Application is properly returnable today and hereby dispenses with further service thereof.

**APPOINTMENT**

2.    THIS COURT ORDERS that pursuant to section 243(1) of the BIA and section 101 of the CJA, Ernst & Young Inc. is hereby appointed Receiver, without security, of all of the assets, undertakings and properties of the Debtors acquired for, or used in relation to a business carried on by the Debtors, including all proceeds thereof (the "**Property**").

**RECEIVER'S POWERS**

3.    THIS COURT ORDERS that the Receiver is hereby empowered and authorized, but not obligated, to act at once in respect of the Property and, without in any way limiting the generality of the foregoing, the Receiver is hereby expressly empowered and authorized to do any of the following where the Receiver considers it necessary or desirable:

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE          JOUR DE

Uvez Memon

REGISTRAR Registrar, Superior Court of Justice

- 3 -

(a)  to take possession of and exercise control over the Property and any and all proceeds, receipts and disbursements arising out of or from the Property;

(b)  to receive, preserve, and protect the Property, or any part or parts thereof, including, but not limited to, the changing of locks and security codes, the relocating of Property to safeguard it, arranging for provision of utilities, the engaging of independent security personnel, the taking of physical inventories and the placement of such insurance coverage as may be necessary or desirable;

(c)  to manage, operate, and carry on the business of the Debtors, including the powers to enter into any agreements, incur any obligations in the ordinary course of business, cease to carry on all or any part of the business, or cease to perform any contracts of the Debtors;

(d)  to engage consultants, appraisers, agents, experts, auditors, accountants, managers, counsel and such other persons from time to time and on whatever basis, including on a temporary basis, to assist with the exercise of the Receiver's powers and duties, including without limitation those conferred by this Order;

(e)  to purchase or lease such machinery, equipment, inventories, supplies, premises or other assets to continue the business of the Debtors or any part or parts thereof;

(f)  to receive and collect all monies and accounts now owed or hereafter owing to the Debtors and to exercise all remedies of the Debtors in collecting such monies, including, without limitation, to enforce any security held by any of the Debtors;

(g)  to settle, extend or compromise any indebtedness owing to the Debtors;

... TO CERTIFY THAT THIS
... MENT, EACH PAGE OF
... IS STAMPED WITH THE
... OF THE SUPERIOR COURT
... JUSTICE AT TORONTO, IS A
... COPY OF THE DOCUMENT
... LE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

... AT TORONTO THIS  25  DAY OF  April  20 19
... TORONTO LE          JOUR DE

Uvez Memon
Registrar, Superior Court of Justice

- 4 -

(h)    to execute, assign, issue and endorse documents of whatever nature in respect of any of the Property, whether in the Receiver's name or in the name and on behalf of the Debtors, for any purpose pursuant to this Order;

(i)    to initiate, prosecute and continue the prosecution of any and all proceedings and to defend all proceedings now pending or hereafter instituted with respect to the Debtors, the Property or the Receiver, and to settle or compromise any such proceedings. The authority hereby conveyed shall extend to such appeals or applications for judicial review in respect of any order or judgment pronounced in any such proceeding;

(j)    to market any or all of the Property, including advertising and soliciting offers in respect of the Property or any part or parts thereof and negotiating such terms and conditions of sale as the Receiver in its discretion may deem appropriate;

(k)    to sell, convey, transfer, lease or assign the Property or any part or parts thereof out of the ordinary course of business,

(i)    without the approval of this Court in respect of any transaction not exceeding $500,000, provided that the aggregate consideration for all such transactions does not exceed $5,000,000; and

(ii)    with the approval of this Court in respect of any transaction in which the purchase price or the aggregate purchase price exceeds the applicable amount set out in the preceding clause;

and in each such case notice under subsection 63(4) of the Ontario *Personal Property Security Act* shall not be required.

(l)    to apply for any vesting order or other orders necessary to convey the Property or any part or parts thereof, including any intellectual property, to a purchaser or purchasers thereof, free and clear of any liens or encumbrances affecting such Property;



- 5 -

(m)     to report to, meet with and discuss with such affected Persons (as defined below) as the Receiver deems appropriate on all matters relating to the Property and the receivership, and to share information, subject to such terms as to confidentiality as the Receiver deems advisable;

(n)     to register a copy of this Order and any other Orders in respect of the Property against title to any of the Property;

(o)     to seek recognition of this Order in any jurisdiction where the Property of the Debtors may be located, and to take any and all steps that it deems appropriate or advisable with respect to enforcing this Order or any subsequent Orders of this Court in all such jurisdictions;



(p)     to apply for any permits, licences, approvals or permissions as may be required by any governmental authority and any renewals thereof for and on behalf of and, if thought desirable by the Receiver, in the name of the Debtors;

(q)     to enter into agreements with any trustee in bankruptcy appointed in respect of the Debtors, including, without limiting the generality of the foregoing, the ability to enter into occupation agreements for any property owned or leased by the Debtors;

(r)     to exercise any shareholder, partnership, joint venture or other rights which the Debtors may have;

(s)     to make an assignment in bankruptcy on behalf of any or all of the Debtors; and

(t)     to take any steps reasonably incidental to the exercise of these powers or the performance of any statutory obligations.

and in each case where the Receiver takes any such actions or steps, it shall be exclusively authorized and empowered to do so, to the exclusion of all other Persons (as defined below), including the Debtors, and without interference from any other Person.

- 6 -

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTESTIQUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU.

DATED AT TORONTO THIS 25 DAY OF April 19
FAIT A TORONTO LE JOUR DE

REGISTRAR    Uvez Memon
Registrar, Superior Court of Justice

## DUTY TO PROVIDE ACCESS AND CO-OPERATION TO THE RECEIVER

4.      THIS COURT ORDERS that (i) the Debtors, (ii) all of their current and former directors, officers, employees, agents, accountants, legal counsel and shareholders, and all other persons acting on their instructions or behalf, and (iii) all other individuals, firms, corporations, governmental bodies or agencies, or other entities having notice of this Order (all of the foregoing, collectively, being "**Persons**" and each being a "**Person**") shall forthwith advise the Receiver of the existence of any Property in such Person's possession or control, shall grant immediate and continued access to the Property to the Receiver, including any Property accessible on such Person's electronic devices, and shall deliver all such Property to the Receiver upon the Receiver's request.

5.      THIS COURT ORDERS that all Persons shall forthwith advise the Receiver of the existence of any books, documents, securities, contracts, orders, corporate and accounting records, and any other papers, records and information of any kind related to the business or affairs of the Debtors, and any computers, computer programs, computer tapes, computer disks, or other data storage media, or software containing any such information (the foregoing, collectively, the "**Records**") and any other technology, whether created by the Debtors or used by the Debtors in their business (the "**Technology**") in that Person's possession or control, and shall provide to the Receiver or permit the Receiver to make, retain and take away copies thereof and grant to the Receiver unfettered access to and use of accounting, computer, software and physical facilities relating thereto, provided however that nothing in this paragraph 5 or in paragraph 6 of this Order shall require the delivery of Records, or the granting of access to Records, which may not be disclosed or provided to the Receiver due to the privilege attaching to solicitor-client communication or due to statutory provisions prohibiting such disclosure. All such Persons shall preserve the Records, Property, and Technology in their original format and shall not alter, amend, erase or destroy any Records, Property, or Technology without the prior written consent of the Receiver.

6.      THIS COURT ORDERS that if any Records, Property, or Technology are stored or otherwise contained on a computer or other electronic system of information storage, whether by independent service provider or otherwise, all Persons in possession or control of such Records, Property, or Technology shall forthwith give unfettered access to the Receiver for the purpose of

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPÉRIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE     JOUR DE

REGISTRAR                    GREFFIER

Livez Memon
Registrar, Superior Court of Just

- 7 -

allowing the Receiver to recover and fully copy all of the information contained therein whether
by way of printing the information onto paper or making copies of computer disks or such other
manner of retrieving and copying the information as the Receiver in its discretion deems
expedient, and shall preserve such Records, Property, and Technology in their original format
and shall not alter, amend, erase or destroy any Records, Property, or Technology without the
prior written consent of the Receiver.  Further, for the purposes of this paragraph, all Persons
shall provide the Receiver with all such assistance in gaining immediate access to the
information in the Records, Property, and Technology as the Receiver may in its discretion
require including providing the Receiver with instructions on the use of any computer or other
system and providing the Receiver with any and all access codes, account names and account
numbers that may be required to gain access to the information.

7.      THIS  COURT ORDERS that the Receiver shall provide each of the relevant landlords
with notice of the Receiver's intention to remove any fixtures from any leased premises at least
seven (7) days prior to the date of the intended removal.  The relevant landlord shall be entitled
to have a representative present in the leased premises to observe such removal and, if the
landlord disputes the Receiver's entitlement to remove any such fixture under the provisions of
the lease, such fixture shall remain on the premises and shall be dealt with as agreed between any
applicable secured creditors, such landlord and the Receiver, or by further Order of this Court
upon application by the Receiver on at least two (2) days' notice to such landlord and any such
secured creditors.

8.      THIS COURT ORDERS that no Person may copy, transfer, send, or otherwise remove
any Records or Technology, including, without limitation, information technology or intellectual
property, in any form whatsoever, without the prior written consent of the Receiver.

9.      THIS COURT ORDERS that the Receiver may send a notice of this Order to any Person
who the Receiver believes has had access to any Records or Technology including, without
limiting the generality thereof, any information technology or intellectual property that is used in
the Debtors' business, and require such Person to confirm that they have not created, transferred,
sent or retained any copies of such Records or Technology. In the event any Person has created,
transferred, sent or retained copies of the Records or Technology, the Receiver shall require such

- 8 -

Person to return, delete, destroy, or remove, or cause to be returned, as appropriate, such copies. Any Person who receives such notice shall comply therewith.

## NO PROCEEDINGS AGAINST THE RECEIVER

10.     THIS COURT ORDERS that no proceeding or enforcement process in any court or tribunal (each, a "**Proceeding**"), shall be commenced or continued against the Receiver except with the written consent of the Receiver or with leave of this Court.

## NO PROCEEDINGS AGAINST THE DEBTORS OR THE PROPERTY

11.     THIS COURT ORDERS that no Proceeding against or in respect of the Debtors or the Property shall be commenced or continued except with the written consent of the Receiver or with leave of this Court and any and all Proceedings currently under way against or in respect of the Debtors or the Property are hereby stayed and suspended pending further Order of this Court.

## NO EXERCISE OF RIGHTS OR REMEDIES

12.     THIS COURT ORDERS that all rights and remedies against the Debtors, the Receiver, or affecting the Property, are hereby stayed and suspended except with the written consent of the Receiver or leave of this Court, provided however that this stay and suspension does not apply in respect of any "eligible financial contract" as defined in the BIA, and further provided that nothing in this paragraph shall (i) empower the Receiver or the Debtors to carry on any business which the Debtors are not lawfully entitled to carry on, (ii) exempt the Receiver or the Debtors from compliance with statutory or regulatory provisions relating to health, safety or the environment, (iii) prevent the filing of any registration to preserve or perfect a security interest, or (iv) prevent the registration of a claim for lien.

## NO INTERFERENCE WITH THE RECEIVER

13.     THIS COURT ORDERS that no Person shall discontinue, fail to honour, alter, interfere with, repudiate, terminate or cease to perform any right, renewal right, contract, agreement, licence or permit in favour of or held by any of the Debtors, without written consent of the Receiver or leave of this Court.

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS ᒍ5 DAY OF April 20 19
FAIT A TORONTO LE        JOUR DE

Uvez Memon

REGISTRAR        Registrar, Superior Court of Justice

- 9 -

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE        JOUR DE

REGISTRAR        Uvez Memon
Registrar, Superior Court of Justice

**CONTINUATION OF SERVICES**

14.    THIS COURT ORDERS that all Persons having oral or written agreements with the Debtors or statutory or regulatory mandates for the supply of goods and/or services, including without limitation, all computer software, communication, technology and other data services, centralized banking services, payroll services, insurance, transportation services, utility or other services to the Debtors are hereby restrained until further Order of this Court from discontinuing, altering, interfering with or terminating the supply of such goods or services as may be required by the Receiver, and that the Receiver shall be entitled to the continued use of the Debtors' current telephone numbers, facsimile numbers, internet addresses and domain names, provided in each case that the normal prices or charges for all such goods or services received after the date of this Order are paid by the Receiver in accordance with normal payment practices of the Debtors or such other practices as may be agreed upon by the supplier or service provider and the Receiver, or as may be ordered by this Court.

**RECEIVER TO HOLD FUNDS**

15.    THIS COURT ORDERS that all funds, monies, cheques, instruments, and other forms of payments received or collected by the Receiver from and after the making of this Order from any source whatsoever, including without limitation the sale of all or any of the Property and the collection of any accounts receivable in whole or in part, whether in existence on the date of this Order or hereafter coming into existence, shall be deposited into (i) one or more new accounts to be opened by the Receiver, or (ii) by the Receiver exercising exclusive control over the existing accounts of the Debtors (the "**Post Receivership Accounts**") and the monies standing to the credit of such Post Receivership Accounts from time to time, net of any disbursements provided for herein, shall be held by the Receiver to be paid in accordance with the terms of this Order or any further Order of this Court.

**EMPLOYEES**

16.    THIS COURT ORDERS that all employees of the Debtors shall remain the employees of the Debtors until such time as the Receiver, on the Debtors' behalf, may terminate the employment of such employees.   The Receiver shall not be liable for any employee-related liabilities, including any successor employer liabilities as provided for in section 14.06(1.2) of

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DONT CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPERIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE           JOUR DE

Uvez Memon
Registrar, Superior Court of Justice
REGISTRAR           GREFFIER

- 10 -

the BIA, other than such amounts as the Receiver may specifically agree in writing to pay, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*.

**PIPEDA**

17.     THIS COURT ORDERS that, pursuant to clause 7(3)(c) of the Canada *Personal Information Protection and Electronic Documents Act*, the Receiver shall disclose personal information of identifiable individuals to prospective purchasers or bidders for the Property and to their advisors, but only to the extent desirable or required to negotiate and attempt to complete one or more sales of the Property (each, a "**Sale**").  Each prospective purchaser or bidder to whom such personal information is disclosed shall maintain and protect the privacy of such information and limit the use of such information to its evaluation of the Sale, and if it does not complete a Sale, shall return all such information to the Receiver, or in the alternative destroy all such information.  The purchaser of any Property shall be entitled to continue to use the personal information provided to it, and related to the Property purchased, in a manner which is in all material respects identical to the prior use of such information by the Debtors, and shall return all other personal information to the Receiver, or ensure that all other personal information is destroyed.

**LIMITATION ON ENVIRONMENTAL LIABILITIES**

18.     THIS COURT ORDERS that nothing herein contained shall require the Receiver to occupy or to take control, care, charge, possession or management (separately and/or collectively, "**Possession**") of any of the Property that might be environmentally contaminated, might be a pollutant or a contaminant, or might cause or contribute to a spill, discharge, release or deposit of a substance contrary to any federal, provincial or other law respecting the protection, conservation, enhancement, remediation or rehabilitation of the environment or relating to the disposal of waste or other contamination including, without limitation, the *Canadian Environmental Protection Act*, the Ontario *Environmental Protection Act*, the *Ontario Water Resources Act*, or the Ontario *Occupational Health and Safety Act* and regulations thereunder (the "**Environmental Legislation**"), provided however that nothing herein shall exempt the Receiver from any duty to report or make disclosure imposed by applicable

THIS IS TO CERTIFY THAT THIS
DOCUMENT, EACH PAGE OF
WHICH IS STAMPED WITH THE
SEAL OF THE SUPERIOR COURT
OF JUSTICE AT TORONTO, IS A
TRUE COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE
DOCUMENT, DON'T CHACUNE
DES PAGES EST REVETUE DU
SCEAU DE LA COUR SUPERIEURE
DE JUSTICE A TORONTO, EST UNE
COPIE CONFORME DU DOCUMENT
CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS  25  DAY OF  April  20 19
FAIT A TORONTO LE          JOUR DE

Uvez Memon
Registrar  Superior Court of Justice

- 11 -

Environmental Legislation. The Receiver shall not, as a result of this Order or anything done in pursuance of the Receiver's duties and powers under this Order, be deemed to be in Possession of any of the Property within the meaning of any Environmental Legislation, unless it is actually in possession.

## LIMITATION ON THE RECEIVER'S LIABILITY

19.    THIS COURT ORDERS that the Receiver shall incur no liability or obligation as a result of its appointment or the carrying out the provisions of this Order, save and except for any gross negligence or wilful misconduct on its part, or in respect of its obligations under sections 81.4(5) or 81.6(3) of the BIA or under the *Wage Earner Protection Program Act*. Nothing in this Order shall derogate from the protections afforded the Receiver by section 14.06 of the BIA or by any other applicable legislation.

## RECEIVER'S ACCOUNTS

20.    THIS COURT ORDERS that the Receiver and counsel to the Receiver shall be paid their reasonable fees and disbursements, in each case at their standard rates and charges unless otherwise ordered by the Court on the passing of accounts, and that the Receiver and counsel to the Receiver shall be entitled to and are hereby granted a charge (the **"Receiver's Charge"**) on the Property, as security for such fees and disbursements, both before and after the making of this Order in respect of these proceedings, and that the Receiver's Charge shall form a first charge on the Property in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subject to sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

21.    THIS COURT ORDERS that, subject to the prior approval of such accounts by the Applicant, the Receiver shall be at liberty from time to time to apply reasonable amounts, out of the monies in its hands, against its fees and disbursements, including legal fees and disbursements, incurred at the standard rates and charges of the Receiver or its counsel.

## FUNDING OF THE RECEIVERSHIP

22.    THIS COURT ORDERS that the Receiver be at liberty and it is hereby empowered to borrow from the Bank by way of a revolving credit or otherwise, such monies from time to time

LA PRESENT, ATTEST QUE CE
DOCUMENT, EACH PAGE OF        DOCUMENT, DONT CHACUNE
WHICH IS STAMPED WITH THE     DES PAGES EST REVÊTUE DU
SEAL OF THE SUPERIOR COURT    SCEAU DE LA COUR SUPÉRIEURE
OF JUSTICE AT TORONTO, IS A   DE JUSTICE A TORONTO, EST UNE
TRUE COPY OF THE DOCUMENT     COPIE CONFORME DU DOCUMENT
ON FILE IN THIS OFFICE        CONSERVÉ DANS CE BUREAU
DATED AT TORONTO THIS _25_ DAY OF __April__ 20 _19_
FAIT À TORONTO LE/        JOUR DE
Uvez Memon
REGISTRAR        Registrar, Superior Court of Justice
GREFFIER

- 12 -

as it may consider necessary or desirable, provided that the outstanding principal amount does not exceed $1,000,000 (or such greater amount as this Court may by further Order authorize) at any time, at such rate or rates of interest as it deems advisable for such period or periods of time as it may arrange, for the purpose of funding the exercise of the powers and duties conferred upon the Receiver by this Order, including interim expenditures. The whole of the Property shall be and is hereby charged by way of a fixed and specific charge (the "**Receiver's Borrowings Charge**") as security for the payment of the monies borrowed, together with interest and charges thereon, in priority to all security interests, trusts, liens, charges and encumbrances, statutory or otherwise, in favour of any Person, but subordinate in priority to the Receiver's Charge and the charges as set out in sections 14.06(7), 81.4(4), and 81.6(2) of the BIA.

23.     THIS COURT ORDERS that neither the Receiver's Borrowings Charge nor any other security granted by the Receiver in connection with its borrowings under this Order shall be enforced without leave of this Court.

24.     THIS COURT ORDERS that the Receiver is at liberty and authorized to issue certificates substantially in the form annexed as Schedule "A" hereto (the "**Receiver's Certificates**") for any amount borrowed by it pursuant to this Order.

25.     THIS COURT ORDERS that the monies from time to time borrowed by the Receiver pursuant to this Order or any further order of this Court and any and all Receiver's Certificates evidencing the same or any part thereof shall rank on a *pari passu* basis, unless otherwise agreed to by the holders of any prior issued Receiver's Certificates.

**SERVICE AND NOTICE**

26.     THIS COURT ORDERS that the E-Service Protocol of the Commercial List (the "**Protocol**") is approved and adopted by reference herein and, in this proceeding, the service of documents made in accordance with the Protocol (which can be found on the Commercial List website at http://www.ontariocourts.ca/scj/practice/practice-directions/toronto/e-service-protocol/) shall be valid and effective service. Subject to Rule 17.05 this Order shall constitute an order for substituted service pursuant to Rule 16.04 of the *Rules of Civil Procedure*. Subject to Rule 3.01(d) of the *Rules of Civil Procedure* and paragraph 21 of the Protocol, service of documents in accordance with the Protocol will be effective on transmission. This Court further

- 13 -

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

DATED AT TORONTO THIS 25 DAY OF April x 19
FAIT A TORONTO LE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

JOUR DE

Uvez Memon

REGISTRAR    Registrar    Superior Registrar of Justice

orders that a Case Website shall be established in accordance with the Protocol with the following URL: www.ey.com/ca/mundo.

27.    THIS COURT ORDERS that if the service or distribution of documents in accordance with the Protocol is not practicable, the Receiver is at liberty to serve or distribute this Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by prepaid ordinary mail, courier, personal delivery, email, or facsimile transmission to the Debtors' creditors or other interested parties at their respective addresses as last shown on the records of the Debtors and that any such service or distribution by courier, personal delivery, email, or facsimile transmission shall be deemed to be received on the next business day following the date of forwarding thereof, or if sent by ordinary mail, on the third business day after mailing.

**RETENTION OF LAWYERS**

28.    THIS COURT ORDERS that the Receiver may retain solicitors to represent and advise the Receiver in connection with the exercise of the Receiver's powers and duties, including without limitation, those conferred by this Order. The Receiver is specifically authorized and permitted to use Thornton Grout Finnigan LLP, solicitors for the Applicant herein, as its own counsel in respect of any matter where there is no conflict of interest. In respect of any legal advice or issue where a conflict may exist or arise in respect of the Applicant and the Receiver or a third party, the Receiver shall utilize its independent counsel.

**GENERAL**

29.    THIS COURT ORDERS that the Receiver may from time to time apply to this Court for advice and directions in the discharge of its powers and duties hereunder.

30.    THIS COURT ORDERS that nothing in this Order shall prevent the Receiver from acting as a trustee in bankruptcy of any of the Debtors.

31.    THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, in the United States and the Grand Duchy of Luxembourg to give effect to this Order and to assist the Receiver and its agents

- 14 -

in carrying out the terms of this Order.   All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Receiver, as an officer of this Court, as may be necessary or desirable to give effect to this Order or to assist the Receiver and its agents in carrying out the terms of this Order.

32.     THIS COURT ORDERS that the Receiver be at liberty and is hereby authorized and empowered to apply to any court, tribunal, regulatory or administrative body, wherever located, for the recognition of this Order and for assistance in carrying out the terms of this Order, and that the Receiver is authorized and empowered to act as a representative in respect of the within proceedings for the purpose of having these proceedings recognized in a jurisdiction outside Canada.

33.     THIS COURT ORDERS that the Applicant shall have its costs of this Application, up to and including entry and service of this Order, provided for by the terms of the Application security or, if not so provided by the Applicant's security, then on a substantial indemnity basis to be paid by the Receiver from the Debtors' estates with such priority and at such time as this Court may determine.

34.     THIS COURT ORDERS that any interested party may apply to this Court to vary or amend this Order on not less than seven (7) days' notice to the Receiver and to any other party likely to be affected by the order sought or upon such other notice, if any, as this Court may order.

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO:

APR 0 9 2019

PER / PAR:

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRÉSENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVÊTUE DU SCEAU DE LA COUR SUPÉRIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVÉ DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE            JOUR DE

Uvez Memon

REGISTRAR            Registrar, Superior Court of Justice            GREFFIER

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DON'T CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATE AT TORONTO THIS 25 DAY OF Apr 20 19
FAIT A TORONTO LE       JOUR DE

Uvez Memon
REGISTRAR       Registrar, Superior Court of Justice
GREFFIER

**SCHEDULE "A"**

**RECEIVER CERTIFICATE**

CERTIFICATE NO. _____

AMOUNT $ _____

1.      THIS IS TO CERTIFY that Ernst & Young Inc., the receiver (the "**Receiver**") of the assets, undertakings and properties of Mundo Media Ltd., Mundo Inc., 2538853 Ontario Ltd., 2518769 Ontario Ltd., 2307521 Ontario Inc., 36 Labs, LLC., Active Signal Marketing, LLC, Find Click Engage, LLC, Fli Digital, Inc., Mundo Media (US), LLC, M Zone Marketing Inc., AppThis Holdings, Inc., Movil Wave S.a.r.l., Mundo Media (Luxembourg) S.a.r.l., and Mogenio S.A. (together, the "**Debtors**") acquired for, or used in relation to a business carried on by the Debtors, including all proceeds thereof (collectively, the "**Property**") appointed by Order of the Ontario Superior Court of Justice (Commercial List) (the "**Court**") dated the 9th day of April, 2019 (the "**Order**") made in an action having Court file number _____, has received as such Receiver from the holder of this certificate (the "**Lender**") the principal sum of $_____, being part of the total principal sum of $_____ which the Receiver is authorized to borrow under and pursuant to the Order.

2.      The principal sum evidenced by this certificate is payable on demand by the Lender with interest thereon calculated and compounded [daily / monthly] not in advance on the _____ day of each month after the date hereof at a notional rate per annum equal to the rate of _____ per cent above the prime commercial lending rate of Bank of _____ from time to time.

3.      Such principal sum with interest thereon is, by the terms of the Order, together with the principal sums and interest thereon of all other certificates issued by the Receiver pursuant to the Order or to any further order of the Court, a charge upon the whole of the Property, in priority to the security interests of any other person, but subject to the priority of the charges set out in the Order and in the *Bankruptcy and Insolvency Act*, and the right of the Receiver to indemnify itself out of such Property in respect of its remuneration and expenses.

4.      All sums payable in respect of principal and interest under this certificate are payable at the main office of the Lender at Toronto, Ontario.

- 2 -

5.      Until all liability in respect of this certificate has been terminated, no certificates creating charges ranking or purporting to rank in priority to this certificate shall be issued by the Receiver to any person other than the holder of this certificate without the prior written consent of the holder of this certificate.

6.      The charge securing this certificate shall operate so as to permit the Receiver to deal with the Property as authorized by the Order and as authorized by any further or other order of the Court.

7.      The Receiver does not undertake, and it is not under any personal liability, to pay any sum in respect of which it may issue certificates under the terms of the Order.

DATED the _____ day of _____, 20__.

> Ernst & Young Inc., solely in its capacity
>  as Receiver of the Property, and not in its
> personal capacity
>
> Per:      _____
>
>                 Name:
>                 Title:

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT À TORONTO LE      JOUR DE

Uvez Memon
REGISTRAR      Registrar Superior Court of Justice
GREFFIER

THIS IS TO CERTIFY THAT THIS DOCUMENT, EACH PAGE OF WHICH IS STAMPED WITH THE SEAL OF THE SUPERIOR COURT OF JUSTICE AT TORONTO, IS A TRUE COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

LA PRESENT ATTEST QUE CE DOCUMENT, DONT CHACUNE DES PAGES EST REVETUE DU SCEAU DE LA COUR SUPERIEURE DE JUSTICE A TORONTO, EST UNE COPIE CONFORME DU DOCUMENT CONSERVE DANS CE BUREAU

DATED AT TORONTO THIS 25 DAY OF April 20 19
FAIT A TORONTO LE            JOUR DE

Uvez Memon

REGISTRAR            Registrar, Superior Court of Justice
                     GREFFIER

IN THE MATTER OF Section 101 of the *Courts of Justice Act*, R.S.O. 1990 c. C.43, as amended, and in the matter of Section 243(1) of the *Bankruptcy and Insolvency Act*, R.S.C. 1985, c. B-3, as amended

ROYAL BANK OF CANADA

Applicant

- and -

MUNDO MEDIA LTD., et al.

Respondents

Court File No. CV-19-00617777-00CL

**ONTARIO
SUPERIOR COURT OF JUSTICE
(COMMERCIAL LIST)**

Proceedings commenced at Toronto

**ORDER**
(appointing Receiver)

**Thornton Grout Finnigan LLP**
TD West Tower, Toronto-Dominion Centre
100 Wellington Street West, Suite 3200
Toronto, ON M5K 1K7
Fax:    (416) 304-1313

**D.J. Miller (LSO# 34393P)**
Email: djmiller@tgf.ca / Tel: (416) 304-0559

**Rachel Bengino (LSO# 68348V)**
Email: rbengino@tgf.ca / Tel: (416) 304-1153

Lawyers for the Applicant, Royal Bank of Canada